# EXHIBIT 1

# Christie's Invoice



December 3, 2013

**EXTENDED PAYMENT TERMS SUMMARY**

Artmon Ltd
c/o NamRock
Suite 6305 63/F Central Plaza
Wanchai
Hong Kong

Sale Date: November 12th 2013
Invoice #: J928936
Client #: 2308459

**SALE: 2791**

*Lot: 56 - ANDY WARHOL, Hammer and Sickle*
Extended Payment Terms: 30-60-90 Days

**Post-War & Contemporary Evening Sale**

**Extended Terms Summary**

| Due Dates: | Terms | | Hammer | | Premium | | Payment Due |
|---|---|---|---|---|---|---|---|
| 12-Dec-13 | 30 days | $ | 1,000,000.00 | $ | 525,000.00 | $ | 1,525,000.00 |
| 10-Jan-14 | 60 days | $ | 1,000,000.00 | | | $ | 1,000,000.00 |
| 10-Feb-14 | 90 days | $ | 1,000,000.00 | | | $ | 1,000,000.00 |
| | Sub Totals: | $ | 3,000,000.00 | $ | 525,000.00 | $ | 3,525,000.00 |

| | | |
|---|---|---|
| Hammer Price | $ | 3,000,000.00 |
| Buyer's Premium: | $ | 525,000.00 |
| **Total Invoice Amount:** | **$** | **3,525,000.00** |



**CREDIT SUISSE AG**
Case postale 5720
CH-1002 Lausanne

Téléphone
www.credit-suisse.com
BIC

Pièce communiquée
n°
**9.2**

Private Banking

**IBAN**
Compte          Compte courant
Au nom de       Maurice Alain Amon, Monaco
Monnaie         USD

Votre conseiller   Monsieur Flavio Krähenbühl
Téléphone          +41 21 340 27 42

Monsieur
Maurice Alain Amon
Le Mirabeau

MC-98000 Monaco

12.2.2014
Page 1/1

## Avis de débit

| Texte | Valeur | Monnaie | Montant |
|---|---|---|---|
| Selon ordre du 11.2.2014 | | USD | 2'000'000.00 |
| Frais de tiers | | USD | 26.50 |
| Nos frais | | USD | 5.52 |
| **Total** | 12.02.14 | **USD** | **2'000'032.02** |

| | |
|---|---|
| En faveur de | 957107978<br>Christie's Inc<br>New York |
| Compte chez | JPMorgan Chase Bank, N.A.<br>1 Chase Manhattan Plaza<br>US-New York NY 10081 |
| Motif du paiement | Lot 56 - Warhol<br>Hammer and Sickle<br>2nd and 3rd installment |

Formulaire sans signature    CHE-116.285.487 TVA    A    Transaction No SRFR   3N40-0211-80-3139-0000

ZV03