# EXHIBIT 4
# Attestation Of Frederique Garibaldi-Ribes

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE *EX PARTE* APPLICATION OF TRACEY AMON
FOR AN ORDER TO OBTAIN DISCOVERY
FOR USE IN FOREIGN PROCEEDINGS

Case No.: 2022-CV-10251-RA-RWL

Applicant.
-------------------------------------------------------------------x

## DECLARATION OF FRÉDÉRIQUE GARIBALDI-RIBES

Frederique Garibaldi-Ribes, declares under penalty of perjury under the laws of the United States as follows:

1. I am a French attorney at Law and admitted to practice law before the courts of the Principality of Monaco as a guest attorney sponsored by my colleague Me Pastor Bensa. I have represented Tracey Amon in multiple proceedings commenced in Monaco including a precautionary action of reduction against the estate of her deceased husband, the late Maurice Alain Amon ("Decedent"), and in a voluntary intervention proceeding in the same court to preserve Ms. Amon's assets.

2. On September 29, 2015 Tracey Amon's late husband commenced divorce proceedings in Monaco and those proceedings have since been discontinued as a result of Decedent's passing on July 26, 2019, before the divorce was concluded.

3. On February 28, 2020 Ms. Amon brought proceedings in Monaco as a precautionary measure to reserve her inheritance rights and liquidation of marital assets located in Monaco. She has requested that these proceedings be suspended in favor of proceedings before the Swiss courts in Lausanne and Bern, which will be determining the estate of the Decedent's as per the Swiss Federal Supreme Court decision dated February 2, 2022.

4. On February 23, 2023, Ms. Amon intervened in a proceeding to safeguard Ms. Amon's personal items located in her apartment in Monaco, over which Decedent's executor Silvio Venturi has improperly exercised dominion and control. Jurisdiction over this matter is limited to the issue of Ms. Amon's personality in the apartment, and there is no jurisdictional basis for the Monaco court to authorize discovery of Artmon Ltd. (BVI) or documents relating to Christie's.

Executed on: 9.5.2023

Frédérique Garibaldi-Ribes

SCP GARIBALDI
AVOCATS ASSOCIÉS
24, Cours Pierre Puget
13006 MARSEILLE
Tél. 04 91 33 15 99 - Fax 04 91 54 86 10