UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE *EX PARTE* APPLICATION OF
TRACEY AMON,

          Applicant.

22-cv-10251 (RA) (RWL)

ORDER

RONNIE ABRAMS, United States District Judge:

The Applicant's motion to compel discovery pursuant to 28 U.S.C. § 1782 was previously referred to Magistrate Judge Lehrburger. See Dkt. 5. For the reasons set forth in Magistrate Judge Lehrburger's order issued December 13, 2022, *see* Dkt. 10, and as further interpreted by his order to compel issued June 26, 2023, *see* Dkt. 20, that application has been granted.

Accordingly, the Clerk of Court is respectfully directed to close this action.

SO ORDERED.

Dated:    August 9, 2023
             New York, New York

                                                  Hon. Ronnie Abrams
                                                  United States District Judge